```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RICHARD ABONDOLO, *ET AL.*,  :  07 Civ. 6537 (SHS)

                Petitioners,  :

    -against-  :  ORDER

SUPREME OIL COMPANY, INC. a/k/a  :
Supreme Oil Company, Inc.,
                :

                Respondent.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court's records indicate that a Petition to Confirm Arbitration Award was filed on July 19, 2007. Accordingly,

    IT IS HEREBY ORDERED that:

    1. Respondent shall serve and file its response to the petition on or before August 17, 2007; and

    2. Petitioners shall send a copy of this Order to respondent.

Dated: New York, New York
       July 25, 2007

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.

Electronically transmitted to:
Andrew J. Calcagno, Esq.
Attorney for Petitioners