UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD ABONDOLO, as Chairman of the : Civil Action No. 07 CIV 6537
Board of Trustees UFCW LOCAL 174
COMMERCIAL HEALTH CARE FUND and
RICHARD ABONDOLO, as Chairman of the
Board of Trustees of UFCW LOCAL 174
COMMERCIAL PENSION FUND,

           Petitioner,
and                                     **RULE 7.1 STATEMENT**

SUPREME OIL COMPANY, INCORPORATED,
a/k/a SUPREME OIL COMPANY, INC.

           Respondent.

---

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Supreme Oil Company, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are public held: None.

                                                                _____
                                                                JONATHAN J. LERNER
                                                                 STARR, GERN, DAVISON & RUBIN, P.C.
                                                                  Attorneys for Petitioner
                                                                  105 Eisenhower Parkway
                                                                  Roseland, New Jersey 07068
                                                                  973-403-9200

Dated: August 10, 2007