# CALCAGNO & ASSOCIATES
### ATTORNEYS AT LAW, LLC
*Spencer Savings Bank Building*
213 South Avenue East
Cranford, New Jersey 07016

ANDREW JOHN CALCAGNO
NY, NJ, PA & DC BARS

OF COUNSEL - NY

ALAN M. MCLAUGHLIN
JAMES M. O'DONNELL
ROSEMARY O'DONNELL

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
www.nynjlaw.net

Please Reply To The Cranford, New Jersey Office

October 9, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

**VIA FACSIMILE**

Honorable Richard J. Holwell, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Supreme Oil Company, Inc. v. UFCW Local 174 Commercial Health Care Fund and Commercial Pension Fund
Case No. 07-CV-6479(RJH)

Re: Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Commercial Health Care Fund, *et al.* v. Supreme Oil Company, Incorporated a/k/a Supreme Oil Company, Inc.
Case No. 07-cv-6537 (RJH)

Dear Judge Holwell:

We represent UFCW Local 174 Commercial Health Care Fund and Commercial Pension Fund as Respondents in connection with case number 07-cv-6479(RJH) and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Commercial Health Care Fund and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Commercial Pension Fund as Petitioners in connection with case number 07-cv-6537(RJH). An Initial Conference is currently scheduled to go forward on Friday, October 12, 2007 at 11:00am. I am currently on Trial in the Superior Court of New Jersey and do not know when the Trial will be completed and I have another Trial beginning on October 29, 2007 in the Superior Court of New Jersey.

Based upon the foregoing, **and with the consent of my adversary,** I respectfully request an adjournment of the Initial Conference from October 12, 2007 to October 23, 2007, or that Your Honor allows the parties to submit a Joint Proposed Case Management Order in lieu of the

Initial Conference.

    Thank you for Your Honor's time and attention to this matter. Should Your Honor have any questions concerning the above, please feel free to contact our office.

                              Respectfully submitted,

                              ANDREW JOHN CALCAGNO

AJC/nem

Cc:   Jonathan J. Lerner, Esq. (via facsimile)

*Application Granted. Provided that a case management order is submitted by the parties the initial conference will be adjourned.*

*So ORDERED*

*[signature] RJH*

*USDJ*

*10/12/07*