UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

SUPREME OIL COMPANY, INC.

        Petitioner,

-against-

UFCW LOCAL 174 COMMERCIAL HEALTH
CARE FUND AND COMMERCIAL PENSION
FUND,

        Respondent.

07 Civ. 06479 (RJH)

**ORDER**

RICHARD ABONDOLO, as Chairman of the
Board of Trustees of UFCW LOCAL 174
COMMERCIAL HEALTH CARE FUND, as
Chairman of the Board of Trustees of UFCW
LOCAL 174 COMMERCIAL PENSION FUND

        Petitioner,

-against-

SUPREME OIL COMPANY, INCORPORATED
a/k/a SUPREME OIL COMPANY, INC.

        Respondent.

07 Civ. 06537 (RJH)

    It is hereby ordered that the two above-captioned actions be consolidated for pre-trial purposes only under the earlier-filed docket number pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *See Devlin v. Transportation Communications Intern. Union*, 175 F.3d 121,

130 (2d Cir. 1999) ("A district court can consolidate related cases under [Rule 42(a)] *sua sponte*.").

SO ORDERED.

Dated: New York, New York
October 30, 2007

                                                  Richard J. Holwell
                                                  United States District Judge