## CALCAGNO & ASSOCIATES
### ATTORNEYS AT LAW, LLC

*ANDREW JOHN CALCAGNO*
*NY, NJ, PA & DC BARS*

*Spencer Savings Bank Building*
213 South Avenue East
Cranford, New Jersey 07016

*OF COUNSEL - NY*

*ALAN M. MCLAUGHLIN*
*JAMES M. O'DONNELL*
*ROSEMARY O'DONNELL*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
www.nynjlaw.net

Please Reply To The Cranford, New Jersey Office

June 2, 2008


RECEIVED
JUN 2 2008
CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE**

Honorable Richard J. Holwell, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    **Supreme Oil Company, Inc. v. UFCW Local 174 Commercial Health Care Fund and Commercial Pension Fund**
            **Case No. 07-CV-6479(RJH)**
    Re:    **Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Commercial Health Care Fund,** *et al.* **v. Supreme Oil Company, Incorporated a/k/a Supreme Oil Company, Inc.**
            **Case No. 07-cv-6537 (RJH)**

Dear Judge Holwell:

    We represent UFCW Local 174 Commercial Health Care Fund and Commercial Pension Fund as Respondents in connection with case number 07-cv-6479(RJH) and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Commercial Health Care Fund and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Commercial Pension Fund as Petitioners in connection with case number 07-cv-6537(RJH).

    Oral argument is scheduled in connection with a motion and cross-motion in the above-referenced actions on Monday, June 9, 2008 at 10:00am. I am beginning a Trial in the Superior Court of New Jersey, Middlesex County which cannot be adjourned. I have spoken with my adversary, Mr. Lerner, and the following are dates which we are both available: 6/23/08; 6/25/08; 6/26/08; 7/1/08; 7/2/08; and 7/3/08. This is the first adjournment request in connection with the oral argument.

  Based upon the foregoing, **and with the consent of my adversary**, I respectfully request an adjournment of the oral argument from June 9, 2008 to one of the above-mentioned dates.

  Thank you for Your Honor's time and attention to this matter. Should Your Honor have any questions concerning the above, please feel free to contact our office.

Respectfully submitted,

*[signature]*

ANDREW JOHN CALCAGNO

AJC/nem

Cc: Jonathan J. Lerner, Esq. (via facsimile)

---

> Application Granted. Argument is adjourned to June 26, 2008 at 4:00 p.m.
>
> SO ORDERED:
> Date: 6/2/08
> *[signature]* Richard J. Holwell, U.S.D.J.